Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Paul R. Galbraith** | : | Case No. 11−27697−GLT |
| **Barbara L. Galbraith** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 91 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 10/4/17 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

    *AND NOW,* this *27th day of July, 2017*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 91 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  *On or before September 11, 2017*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on *October 4, 2017 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

*[Signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 11-27697-GLT
Paul R. Galbraith                                                   Chapter 13
Barbara L. Galbraith
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dbas              Page 1 of 2           Date Rcvd: Jul 27, 2017
                             Form ID: 604            Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2017.
```
db/jdb       +Paul R. Galbraith,    Barbara L. Galbraith,    154 Gass Road,    Pittsburgh, PA 15229-1006
cr            CitiMortgage, Inc.,    PO BOX 6030,   SIOUX FALLS, SD 57117-6030
cr           +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
13263620      Allegheny Specialty Practice Network,    PO Box 951845,    Cleveland, OH 44193-0020
13263623     +CBCS,   875 Greentree Road,    Pittsburgh, PA 15220-3508
13263625    ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
             (address filed with court: Collection Service Center,     PO Box 14931,   250 Mt. Lebanon Blvd.,
               Pittsburgh, PA 15234-0931)
13263622     +Capital One,   PO Box 30281,    Salt Lake City, UT 84130-0281
13538222     +Capital One Bank (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13530615      CitiMortgage, Inc.,    P.O. Box 688971,   Des Moines, IA, 50368-8971
13263624     +Citimortgage, Inc,    PO Box 9438,   Gaithersburg, MD 20898-9438
13273202     +Department Stores National Bank/Macy’s,    Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
13312024     +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
               Pittsburgh, PA 15212-5860
13357885     +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
13263629     +HSBC Bank USA,    PO Box 5253,   Carol Stream, IL 60197-5253
13263628     +Heritage Valley Health System,    111Hazel Lane #200,    Sewickley, PA 15143-1253
13263630     +Jordan Tax Service,    102 Rahway Road,   McMurray, PA 15317-3349
13263631     +Macy’s,   9111 Duke Boulevard,    Mason, OH 45040-8999
14196683     +MidFirst Bank,    999 NW Grand Blvd., Ste. 100,    Oklahoma City, OK 73118-6051
13263632      Plaza Recovery,   370 Seventh Avenue,    New York, NY 10001-3900
13263633     +State Collection Service,    2509 S. Stoughton Rd,    Madison, WI 53716-3314
13263634     +Target National Bank,    PO Box 673,   Minneapolis, MN 55440-0673
13298650     +Township of Ross,   % Goehring, Rutter & Boehm,     437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6107
13263635     +West Penn Allegheny Health System,    2 Allegheny Center, 6th Floor,    Pittsburgh, PA 15212-5402
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2017 01:31:50
               PRA Receivables Management, LLC,    PO Box 12907,   Norfolk, VA 23541-0907
cr            E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2017 01:17:54
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
               Miami, FL 33131-1605
13263621     +E-mail/Text: bankruptcy@usecapital.com Jul 28 2017 01:21:45    Capital Accounts,
               2120 Crestmoor Road, Suite 3001,    Nashville, TN 37215-2613
13263626     +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jul 28 2017 01:21:20
               Credit Management Company,    2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13327154     +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jul 28 2017 01:21:37    Duquesne Light Company,
               c/o Bernstein Law Firm,    707 Grant Street,   Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-1908
13271315      E-mail/Text: fnb.bk@fnfg.com Jul 28 2017 01:21:19    First Niagara Bank, N.A.,
               6950 South Transit Road,    PO Box 514,   Lockport NY 14095-0514
13263627     +E-mail/Text: fnb.bk@fnfg.com Jul 28 2017 01:21:19    First Niagra Bank,
               6950 South Transit Road,    Lockport, NY 14094-6384
13417480      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2017 01:18:14    LVNV Funding LLC,
               c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13320229     +E-mail/Text: bncmail@w-legal.com Jul 28 2017 01:21:11    OAK HARBOR CAPITAL IV, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13618744     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2017 01:24:05
               PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
13270267      E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2017 01:17:54
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13298178     +E-mail/Text: bncmail@w-legal.com Jul 28 2017 01:21:09    TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                             TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Duquesne Light Company
cr            Township of Ross
cr*           LVNV Funding LLC,   c/o Resurgent Capital Services,   P.O. Box 10587,
               Greenville, SC 29603-0587
cr*          +MidFirst Bank,   999 NW Grand Blvd., Ste. 100,    Oklahoma City, OK 73118-6051
                                                                                TOTALS: 2, * 2, ## 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Jul 27, 2017
                              Form ID: 604            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2017 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   Township of Ross jhunt@grblaw.com, cnoroski@grblaw.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Paul M. Daniels    on behalf of Debtor Paul R. Galbraith paul@pauldanielslaw.com,
               robert@pauldanielslaw.com;pauldaniels.lawclerk@gmail.com;chris@pauldanielslaw.com
              Paul M. Daniels    on behalf of Joint Debtor Barbara L. Galbraith paul@pauldanielslaw.com,
               robert@pauldanielslaw.com;pauldaniels.lawclerk@gmail.com;chris@pauldanielslaw.com
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
               inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```