**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

PAUL R. GALBRAITH
BARBARA L. GALBRAITH
  Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
    Movant
  vs.
No Repondents.

Case No.:11-27697

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

July 25, 2017

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/28/2011 and confirmed on 3/13/12 . The case was subsequently       Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 84,033.00 |
| Less Refunds to Debtor | 1,032.82 | |
| TOTAL AMOUNT OF PLAN FUND | | 83,000.18 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,581.00 | |
|    Trustee Fee | 2,944.46 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,525.46 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   TOWNSHIP OF ROSS - SEWAGE | 462.25 | 462.25 | 406.55 | 868.80 |
|     Acct: H149 | | | | |
|   TOWNSHIP OF ROSS - SEWAGE | 219.79 | 219.79 | 0.00 | 219.79 |
|     Acct: H149 | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 67,683.84 | 0.00 | 67,683.84 |
|     Acct: 9340 | | | | |
|   MIDFIRST BANK SSB* | 8,425.41 | 8,425.41 | 0.00 | 8,425.41 |
|     Acct: 9340 | | | | |
| | | | | 77,197.84 |
| **Priority** | | | | |
|   PAUL M DANIELS ESQ | 2,581.00 | 2,581.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL R. GALBRAITH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL R. GALBRAITH | 1,032.80 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL R. GALBRAITH | 228.00 | 228.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL R. GALBRAITH | 804.82 | 804.82 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL M DANIELS AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***N O N E *** | | |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 586.84 | 35.94 | 0.00 | 35.94 |
|     Acct: 2003 | | | | |
|   ALLEGHENY SPCLTY PRCTC NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3955 | | | | |
|   CAPITAL ACCOUNTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6554 | | | | |
|   OAK HARBOR CAPITAL IV LLC | 2,634.47 | 161.36 | 0.00 | 161.36 |
|     Acct: 0293 | | | | |
|   CBCS++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8984 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: BA14 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7384 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4550 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2564 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0577 | | | | |
| FIRST NIAGARA BANK | 499.80 | 30.61 | 0.00 | 30.61 |
| Acct: 6764 | | | | |
| HERITAGE VALLEY HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9766 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 190.61 | 11.67 | 0.00 | 11.67 |
| Acct: 1624 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6530 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 304.69 | 18.66 | 0.00 | 18.66 |
| Acct: 1329 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2744 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 114.04 | 6.98 | 0.00 | 6.98 |
| Acct: 2590 | | | | |
| THE CASH LINE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6764 | | | | |
| WEST PENN ALLEGHENY HEALTH SYSTI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2734 | | | | |
| EQUITABLE GAS CO (*) | 190.42 | 11.66 | 0.00 | 11.66 |
| Acct: 7920 | | | | |
| GE CAPITAL RETAIL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 276.88 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 77,474.72 |

| TOTAL | |
|---|---:|
| CLAIMED | 0.00 |
| PRIORITY | 9,107.45 |
| SECURED | 4,520.87 |

Date: 07/25/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    PAUL R. GALBRAITH
    BARBARA L. GALBRAITH
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:11-27697

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    BY THE COURT:

    _____
    U.S. BANKRUPTCY JUDGE

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                      Case No. 11-27697-GLT
Paul R. Galbraith                                           Chapter 13
Barbara L. Galbraith
         Debtors
                            CERTIFICATE OF NOTICE
District/off: 0315-2          User: dbas                  Page 1 of 2                  Date Rcvd: Jul 27, 2017
                              Form ID: pdf900             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2017.
db/jdb        +Paul R. Galbraith,    Barbara L. Galbraith,    154 Gass Road,    Pittsburgh, PA 15229-1006
cr             CitiMortgage, Inc.,    PO BOX 6030,   SIOUX FALLS, SD 57117-6030
cr            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
13263620       Allegheny Specialty Practice Network,    PO Box 951845,    Cleveland, OH 44193-0020
13263623      +CBCS,   875 Greentree Road,    Pittsburgh, PA 15220-3508
13263625     ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
              (address filed with court:   Collection Service Center,    PO Box 14931,   250 Mt. Lebanon Blvd.,
                Pittsburgh, PA 15234-0931)
13263622      +Capital One,   PO Box 30281,    Salt Lake City, UT 84130-0281
13538222      +Capital One Bank (USA), N.A.,    PO Box 12907,   Norfolk, VA 23541-0907
13530615       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA, 50368-8971
13263624      +Citimortgage, Inc,    PO Box 9438,   Gaithersburg, MD 20898-9438
13273202      +Department Stores National Bank/Macy’s,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
13312024      +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
                Pittsburgh, PA 15212-5860
13357885      +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                Norfolk VA 23541-0907
13263629      +HSBC Bank USA,   PO Box 5253,    Carol Stream, IL 60197-5253
13263628      +Heritage Valley Health System,    111Hazel Lane #200,    Sewickley, PA 15143-1253
13263630      +Jordan Tax Service,    102 Rahway Road,    McMurray, PA 15317-3349
13263631      +Macy’s,   9111 Duke Boulevard,    Mason, OH 45040-8999
14196683      +MidFirst Bank,   999 NW Grand Blvd., Ste. 100,    Oklahoma City, OK 73118-6051
13263632       Plaza Recovery,    370 Seventh Avenue,    New York, NY 10001-3900
13263633      +State Collection Service,    2509 S. Stoughton Rd,    Madison, WI 53716-3314
13263634      +Target National Bank,    PO Box 673,   Minneapolis, MN 55440-0673
13298650      +Township of Ross,    % Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                Pittsburgh, PA 15219-6107
13263635      +West Penn Allegheny Health System,    2 Allegheny Center, 6th Floor,    Pittsburgh, PA 15212-5402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2017 01:24:05
               PRA Receivables Management, LLC,    PO Box 12907,    Norfolk, VA 23541-0907
cr             E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2017 01:18:37
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
               Miami, FL 33131-1605
13263621      +E-mail/Text: bankruptcy@usecapital.com Jul 28 2017 01:21:45      Capital Accounts,
               2120 Crestmoor Road, Suite 3001,    Nashville, TN 37215-2613
13263626      +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jul 28 2017 01:21:20
               Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13327154      +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jul 28 2017 01:21:38      Duquesne Light Company,
               c/o Bernstein Law Firm,    707 Grant Street,   Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-1908
13271315       E-mail/Text: fnb.bk@fnfg.com Jul 28 2017 01:21:19      First Niagara Bank, N.A.,
               6950 South Transit Road,    PO Box 514,   Lockport NY 14095-0514
13263627      +E-mail/Text: fnb.bk@fnfg.com Jul 28 2017 01:21:19      First Niagra Bank,
               6950 South Transit Road,    Lockport, NY 14094-6384
13417480       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2017 01:17:54      LVNV Funding LLC,
               c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13320229      +E-mail/Text: bncmail@w-legal.com Jul 28 2017 01:21:11      OAK HARBOR CAPITAL IV, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13618744      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2017 01:24:11
               PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13270267       E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2017 01:18:16
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13298178      +E-mail/Text: bncmail@w-legal.com Jul 28 2017 01:21:09      TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             Township of Ross
cr*            LVNV Funding LLC,   c/o Resurgent Capital Services,    P.O. Box 10587,
                Greenville, SC 29603-0587
cr*           +MidFirst Bank,   999 NW Grand Blvd., Ste. 100,    Oklahoma City, OK 73118-6051
                                                                                              TOTALS: 2, * 2, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: dbas                   Page 2 of 2                  Date Rcvd: Jul 27, 2017
                              Form ID: pdf900              Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2017 at the address(es) listed below:

```
              James Warmbrodt    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   Township of Ross jhunt@grblaw.com, cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul M. Daniels    on behalf of Debtor Paul R. Galbraith paul@pauldanielslaw.com,
               robert@pauldanielslaw.com;pauldaniels.lawclerk@gmail.com;chris@pauldanielslaw.com
              Paul M. Daniels    on behalf of Joint Debtor Barbara L. Galbraith paul@pauldanielslaw.com,
               robert@pauldanielslaw.com;pauldaniels.lawclerk@gmail.com;chris@pauldanielslaw.com
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
               inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```