Certificate Number: 15111-PAW-DE-029852281

Bankruptcy Case Number: 11-27697



15111-PAW-DE-029852281

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 9, 2017, at 2:29 o'clock PM EDT, Paul Robert Galbraith completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  September 9, 2017                By:   /s/Ryan McDonough

                                        Name: Ryan McDonough

                                        Title: Executive Director of Education