Certificate Number: 15111-PAW-DE-029852279

Bankruptcy Case Number: 11-27697



15111-PAW-DE-029852279

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 9, 2017</u>, at <u>2:29</u> o'clock <u>PM EDT</u>, <u>Barbara Lee Galbraith</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>September 9, 2017</u>              By:   <u>/s/Ryan McDonough</u>

Name:   <u>Ryan McDonough</u>

Title:   <u>Executive Director of Education</u>