## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

PAUL R. GALBRAITH and
BARBARA L. GALBRAITH,

        Debtors

Case: 11-27697-GLT
Chapter 13

_____

PAUL R. GALBRAITH and
BARBARA L. GALBRAITH,

        Movants

    v.

No Respondent

### DEBTOR(S)' CERTIFICATION OF DISCHARGE ELIGIBILITY
### PURSUANT TO 11 U.S.C. § 1328

1. Debtor has made all payments required by the Chapter 13 Plan.

2. Debtor is not required to pay any domestic support obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On September 9, 2017 at Docket Entry 98-99, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of Postpetition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

This Certification is being signed under penalty of perjury by undersigned Counsel, who duly questioned the Debtor(s) about the statements contained in this Certification and verified the answers in support thereof.

                                                    Respectfully submitted,

                                                    /s/ Christian M. Rieger
                                                Christian M. Rieger, Esquire
                                                PA:307037
                                                2403 Sidney Street
                                                Suite 250B
                                                Pittsburgh, PA 15203
                                                (412) 381-8809
                                                (412) 381-4594 (fax)
                                                chris@pauldanielslaw.com

Date: September 11, 2017